ANTHONY GLOVER, an Infant by His Mother and Natural Guardian, BESSIE GLOVER, et al., Respondents, v. P. CHIMENTO CO., INC., et al., Appellants, et al., Defendant.

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.